**Diane S. Sykes, OSB No. 980990**
Phone: (503) 504-7176
E-Mail: diane@dianessykeslaw.com
**DIANE S. SYKES ATTORNEY AT LAW, P.C.**
5911 SE 43rd Avenue
Portland, OR 97206

   Attorney for Plaintiff Nancy Hadbavny

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON-PORTLAND DIVISION

| | |
|---|---|
| **NANCY HADBAVNY,**<br><br>        Plaintiff,<br><br>v.<br><br>**LEGACY HEALTH SYSTEM CPC, LLC,** an Oregon corporation, and **LEGACY HEALTH**, a domestic non-profit **corporation**,<br><br>        Defendants. | Case No. 3:14-cv-01670-AC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY** |

    Pursuant to F.R.C.P. 41(a)(1), Plaintiff Nancy Hadbavny and Defendants Legacy Health System CPC, LLC, and Legacy Health, by and through their undersigned attorneys, hereby notify this Court that this action has been settled and stipulate to a

///

///

**PAGE 1– NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY**

judgment of dismissal of this case, and all claims and counterclaims, with prejudice, and without attorney fees, costs, or disbursements to any party.

Respectfully submitted this 6th day of August, 2015.

| | |
|---|---|
| DIANE S. SYKES,<br>ATTORNEY AT LAW, P.C. | TONKON TORP, LLP |
| By: /s/ Diane S. Sykes<br>    Diane S. Sykes, OSB No. 980990<br>    Attorney for Plaintiff | By: /s/ Blerina Kotori<br>    Robert L. Carey, OSB No. 871860<br>    Blerina Kotori, OSB No. 074381<br>    Attorneys for Defendants |

PAGE 2– NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITHPREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY

## CERTIFICATE OF SERVICE

   I hereby certify that counsel for plaintiff served the foregoing **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY** on the following:

Blerina Kotori
Robert L. Carey
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
blerina.kotori@tonkon.com
bob.carey@tonkon.com

Attorneys for Defendants Legacy Health System CPC, LLC, and Legacy Health.

  *Via* e-mail only.
Dated this 6th day of August, 2015.

        DIANE S. SYKES, ATTORNEY AT LAW, P.C.

        /s/ Diane S. Sykes
        Diane S. Sykes, OSB No. 980990
        Of Attorneys for Plaintiff Nancy Hadbavny

Page 1- **CERTIFICATE OF SERVICE**